EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte:<br><br><br>Nelson H. Valle Milán | 2023 TSPR 94<br><br>212 DPR ___ |

Número del Caso: TS-12,486


Fecha: 21 de julio de 2023


Representante legal del peticionario:

    Por derecho propio


Materia: Readmisión al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*Ex parte,*

                              TS-12,486

Nelson H. Valle Milán

Sala de Verano integrada por el Juez Asociado señor Martínez Torres como su Presidente, la Jueza Asociada señora Pabón Charneco, el Juez Asociado señor Rivera García y el Juez Asociado señor Colón Pérez.

RESOLUCIÓN

En San Juan, Puerto Rico, a 21 de julio de 2023.

Examinada la *Moción informativa* presentada por el peticionario y la *Certificación* del Programa de Educación Jurídica Continua (PEJC), se readmite al Lcdo. Nelson H. Valle Milán al ejercicio de la abogacía.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA).

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

                    Javier O. Supúlveda Rodríguez
                    Secretario del Tribunal Supremo